IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JODY WAYNE PICKETT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-557-C-BH |
| | ) | |
| BRIAN WILLIAMS, et. al, | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this *pro se* case has been automatically referred for pretrial management. On April 7, 2017, it was recommended that this action be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute or follow court orders because the plaintiff had failed to respond to a Magistrate Judge's Questionnaire as ordered. (*See* doc. 11.) On May 2, 2017, he filed his answers to the questionnaire. (*See* doc. 12.) Because the plaintiff has now responded, the findings, conclusions, and recommendation are hereby **VACATED**.

**SO ORDERED** on May 3, 2017.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE